Ex Parte Edwin Burkhart.

No. 8536.   Decided February 20, 1924.

Habeas Corpus—Notice of Appeal.

Where relator was remanded by the lower court and gave notice of appeal but was later taken to the training school, his allegation that such action prevented the effecting of the appeal, but this is not set out, the application will be denied.

From Tarrant County.

Original application for writ of habeas corpus asking release from State Training School for Boys at Gatesville.

The opinion states the case.

No brief on file for applicant.

*Tom Garrard* and *Grover C. Morris*, Assistants Attorney General, for the State.

LATTIMORE, Judge.—This is an original application for a writ of habeas corpus. At a former day a writ was granted this applicant and made returnable to the County Court of Tarrant County with instructions to hear testimony and ascertain certain facts. The learned trial judge heard evidence, decided the issue and remanded relator, and we learn from a copy of his judgment that notice of appeal was given. Subsequently it appears that relator was carried to the State Training School for Boys at Gatesville. It is alleged in this application that such action prevented the effecting of the appeal. How this could be is not set out. This presents no ground for granting a writ of habeas corpus on our part.

The application will be denied.

*Writ denied.*